```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL VAINSTAIN,                                          :
                                    Plaintiff,              :
                                                            :       16 Civ. 6747 (LGS)
                  -against-                                 :
                                                            :              ORDER
FX FINVEST LLC, et al.,                                     :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/17
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 6, 2017, Defendant moved (Dkt. No. 41) to vacate the default judgment that was entered against him in this action (Dkt. No. 28). It is hereby

ORDERED that, a hearing will be held on the motion on **October 11, 2017, at 11:20 A.M.**

Dated: October 3, 2017
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**